**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Santos Diaz MARTINEZ, a.k.a. Abacuc Palacios Barrera, a.k.a. Santos Martinez Diaz, a.k.a. Jose Santos Diaz Martinez, Defendant–Appellant.**

No. 12–50024.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publi-

cation and is not precedent except as provid-

Submitted Feb. 11, 2013.*

Filed Feb. 21, 2013.

Curtis A. Kin, Esquire, Assistant U.S., James Michael Left, Special Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Michael Clough, Oakland, CA, for Defendant–Appellant.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Santos Diaz Martinez appeals from the district court's judgment and challenges the 48–month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Diaz Martinez contends that the district court erred procedurally by not considering and granting a four-level departure under U.S.S.G. § 5K3.1. He also contends that the district court procedurally erred by failing to explain sufficiently its denial of that departure. We do not review departures for procedural correctness. *See United States v. Vasquez–Cruz*, 692 F.3d 1001, 1008 (9th Cir.2012). Moreover, the district court need not give explicit reasons for rejecting a requested departure. *See id.*

Diaz Martinez points to no authority to support his contention that the district court's discretionary denial of the four-level departure recommended by the government violated the separation of powers.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.